UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENICIA ADAMS STRONG,

    Plaintiff,

v.

Case No. 22-cv-12116
Hon. Matthew F. Leitman

DELTA AIRLINES, INC., *et al.*,

    Defendants.

_____/

## ORDER TERMINATING PLAINTIFF'S MOTION TO COMPEL DEPOSITIONS, DISCOVERY AND TO ADJOURN SCHEDULING ORDER DATES (ECF No. 20) AS MOOT

On April 13, 2023, Plaintiff Kenicia Adams Strong filed a Motion to Compel Depositions, Discovery and to Adjourn Scheduling Order Dates. (*See* Mot., ECF No. 20.) In her motion, Adams explained the difficulties she has faced in attempting to secure Rule 30(b)(6) depositions of Defendant's employees, and asked the Court to (1) compel Defendant Delta Airlines, Inc. to produce the requested discovery, and (2) adjourn the discovery deadlines set out in the Court's previous Scheduling Order. The Court held an on-the-record status conference over video conferencing to discuss Plaintiff's motion on April 21, 2023. During that conference, the parties were able to agree on a path forward to complete discovery. Accordingly, Plaintiff's motion (ECF No. 20) is **TERMINATED AS MOOT.**

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 24, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 24, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126