## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

KENICIA ADAMS-STRONG

     Plaintiff,                                Case No. 22-cv-12116
                                                  Hon. Matthew F. Leitman

v.

DELTA AIR LINES, INC.

     Defendant

---

### ORDER FOLLOWING
### JUNE 6, 2023, STATUS CONFERNCE

---

This matter having come before the Court on June 6, 2023, for a Status Conference, and the Court being otherwise fully informed in the premises;

**IT IS HEREBY ORDERED** that:

Counsel for Delta shall send a proposed protective order to counsel for Strong by the close of business, June 6, 2023.

Delta shall serve on Plaintiff responses to Plaintiff's requests for discovery by close of business on June 8, 2023.

Plaintiff shall be allowed to Amend Complaint within seven (7) days of receipt of the contract to add in ISS Facility Services, Inc. ("ISS") as a party defendant.

Once counsel for ISS appears in the action and files an Answer on behalf of ISS, Plaintiff's counsel shall contact the Court's Case Manager to request a Scheduling Conference.

Lastly, all case management dates are hereby adjourned and shall be re-set by the Court on a later date.

**IT IS SO ORDERED**.

This is not the final order and does not close the case.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 7, 2023


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 7, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126