UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENICIA ADAMS STRONG,

     Plaintiff,

                                   Case No. 22-cv-12116
v.                                   Hon. Matthew F. Leitman

DELTA AIRLINES, INC., *et al.*,

     Defendants.

_____/

## ORDER TERMINATING PLAINTIFF'S SECOND MOTION TO COMPEL DISCOVERY RESPONSES & DEPOSITION OF DEFENDANTS' 30(B)(6) CORPORATE DESIGNEES/PERSONS MOST KNOWLEDGEABLE (ECF No. 35) AS MOOT

On December 7, 2023, the Court held a status conference to discuss Plaintiff's pending Second Motion to Compel Discovery Responses. (ECF No. 35.) The Court has determined the pending motion is now moot. The Plaintiff's Second Motion to Compel Discovery Responses (ECF No. 35) is **TERMINATED AS MOOT.**

     **IT IS SO ORDERED.**

                                s/Matthew F. Leitman
                                MATTHEW F. LEITMAN
                                UNITED STATES DISTRICT JUDGE

Dated:  December 7, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 7, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126